```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 08798
    LUIS E NEGRON
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-0570


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/11/08 .

    2.  The case was converted to Chapter 7 without confirmation, 08/13/2008.

    3.  The Debtor paid a total of $   1492.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG           .00           .00             .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE    NOT FILED            .00             .00
HSBC AUTO FINANCE          SECURED VEHIC          .00           .00           394.52
WFNNB/HARLEM FURNITURE     SECURED                .00           .00            37.96
WILL COUNTY TREASURER      SECURED                .00           .00           533.88
FIFTH THIRD                UNSECURED        NOT FILED            .00             .00
ADVENTIST LAGRANGE MEM H   UNSECURED        NOT FILED            .00             .00
AT&T MOBILITY LLC          UNSECURED        NOT FILED            .00             .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00             .00
COLUMBIA HOUSE             UNSECURED        NOT FILED            .00             .00
DISCOVER BANK              UNSECURED        NOT FILED            .00             .00
EMERGENCY HEALTHCARE PHY   UNSECURED        NOT FILED            .00             .00
GEMB                       UNSECURED        NOT FILED            .00             .00
HSBC                       UNSECURED        NOT FILED            .00             .00
HSBC                       UNSECURED        NOT FILED            .00             .00
KCA FINANCIAL SERVICE      UNSECURED        NOT FILED            .00             .00
NICOR GAS                  UNSECURED        NOT FILED            .00             .00
OTUBUSIN & ASSOC           UNSECURED        NOT FILED            .00             .00
SEARS BKRUPTCY RCVRY MCM   UNSECURED        NOT FILED            .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
TARGET                     UNSECURED        NOT FILED            .00             .00
WALMART                    UNSECURED        NOT FILED            .00             .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED            .00             .00
WORLD FINANCIAL NETWORK    UNSECURED        NOT FILED            .00             .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY       UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00           .00          .00          .00          .00
PRINCIPAL PAID             966.36           .00          .00          .00       966.36
INTEREST PAID                 .00           .00          .00          .00          .00
TOTAL PAID                 966.36           .00          .00          .00       966.36
```

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   3500.00
and was paid $     620.00   direct and $     439.10   through the plan.

The Trustee received $      86.54 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE